OPINION #  O-7405          WAS NEVER ISSUED OR

WAS WITHDRAWN.